# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MICHELLE PEARSON,

    Plaintiff,

v.                                                                                    Case No. 8:18-cv-2579-T-AAS

NANCY A. BERRYHILL, Acting
Commissioner of Social Security
Administration,

    Defendant.
_____/

## ORDER

Michelle Pearson moves for an award of attorney's fees, which the Commissioner does not oppose. (Doc. 19). Ms. Pearson requests $3,905.20 in attorney's fees, under the Equal Access to Justice Act (EAJA), 28 U.S.C. Section 2412. The EAJA permits awards for reasonable attorney's fees and expenses to a prevailing party against the United States. 28 U.S.C. § 2412.

The May 20, 2019 order remanded the Commissioner's final decision under sentence four of 42 U.S.C. Section 405(g) for further administrative proceedings. (Doc. 17). The Clerk entered judgment in Ms. Pearson's favor. (Doc. 18). Ms. Pearson now requests an award of attorney's fees under the EAJA. (Doc. 19).

The Commissioner does not contest the following: Ms. Pearson is the prevailing party; Ms. Pearson's net worth was less than $2 million when she filed her complaint; the Commissioner's position was not substantially justified; no special circumstances make an attorney's fees award unjust; and Ms. Pearson's attorney's fees request is

1

reasonable.  A court should grant a Social Security claimant's request for attorney's fees when it is unopposed.  *See Jones v. Colvin*, No. 8:13-CV-2900-T-33AEP, 2015 WL 7721334 (M.D. Fla. Nov. 30, 2015) (awarding unopposed attorney's fees request). Therefore, Ms. Pearson is entitled to $3,905.20 in attorney's fees.

Attorney's fees awarded to a claimant under the EAJA can be offset to satisfy the claimant's pre-existing debt to the United States.  *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010).  Following this order, the United States Department of the Treasury will determine whether Ms. Pearson owes a debt to the United States.  Ms. Pearson assigned her rights to EAJA fees to her attorney.  So, if Ms. Pearson has no federal debt, the United States will accept her assignment of EAJA fees and pay the fees directly to counsel.

Accordingly, Ms. Pearson's motion for attorney's fees under the EAJA (Doc. 19) is **GRANTED**.  Ms. Pearson is awarded **$3,905.20** in attorney's fees.

**ORDERED** in Tampa, Florida on July 23, 2019.

AMANDA ARNOLD SANSONE
United States Magistrate Judge